AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF OHIO

CRAIG T. CONLEY

**V.**

CLAYTON B. SMITH

**SUMMONS IN A CIVIL CASE**

Case Number:        5:08cv622

Judge:    Lioi

Magistrate Judge:      Gallas

TO: (Name and address of defendant)

Clayton B. Smith
Inmate No. 55059 060
Federal Correctional Institution PO Box 1000
Morgantown, WV 26507-1000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert H. Cyperski, Esq.
1201-30th Street NW-Suite 102-B
Canton, OH 44709

20

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk

DATE:  3/12/08

s/I.Baez
(By) Deputy Clerk

AO 440 (Rev. 8/06) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 03/20/2008 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| U.S. CERTIFIED MAIL ARTICLE #7004 1350 0004 6249 | |

*Check one box below to indicate appropriate method of service*

◻ Served Personally upon the Defendant. Place where served:

◻ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

◻ Returned unexecuted:

☒ Other (specify):  US Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 5.38 | 5.38 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:
( *Date* )

03/24/08

/s/ Robert H. Cyperski
_____
*Signature of Server*

*Robert H. Cyperski*

*Address of Server*
1201 30th Street NW Suite 102B
Canton, OH 44709

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☒ Agent ☐ Addressee<br>B. Received by ( *Printed Name* ) C. Date of Delivery<br>D.C. Est. 3-20-08 |
| 1. Article Addressed to:<br><br>Clayton B. SMith<br>Inmate No. 55059 060<br>Federal Correctional Institution<br>PO Box 1000<br>Morgantown, WV 26507-1000 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>  (*Transfer from service label*) | 7004 1350 0004 2737 6249 |
| PS Form 3811, February 2004 | Domestic Return Receipt 102595-02-M-15 |

U.S. Postal Service
CERTIFIED MAIL RECEIPT

| | |
|---|---|
| Postage | $ |
| Certified Fee | 2.65 |
| Return Receipt Fee<br>(Endorsement Required) | 2.15 |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
R 1 8 2008

Sent To
Clayton B. Smith Inmate No. 55059 060
Street, Apt. No.
or PO Box No. Federal Correctional Institution
City, State, Zip+4  1000
PO Box 1000 Morgantown, WV 26507-1000

7004 1350 0004 2737 6249